UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Leslie Neblett</u>

    v.

                              Civil No. 14-cv-00291-JL

<u>Rite Aid Pharmacy et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 14, 2014.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 21, 2014

cc:  Leslie Neblett, Esq.